FILED
OCT 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

ATHENA INNOVATIVE SOLUTIONS, INC.
(formerly MZM, INC.)

              Plaintiff

vs

FRANK B. BRAGG, JR.

              Defendant

)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER  1:05CV02025

JUDGE: John D. Bates

DECK TYPE: Contract

DATE STAMP: 10/13/2005



JURY ACTION

---

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _ATHENA INNOVATIVE SOLUTIONS, INC. (formerly MZM, INC.)_ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _none to my knowledge_ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Mark A. Smith
Print Name

1785 Massachusetts Ave., N.W. Suite 100
Address

Washington, DC 20036
City       State       Zip Code

202.776/0022
Phone Number

439116
BAR IDENTIFICATION NO.