IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Athena Innovative Solutions, Inc. :
(formerly MZM, Inc.)
                                  :
         Plaintiff,
                                  :
vs.                                        Case No. 1:05CV02025
                                  :
Frank B. Bragg, Jr.
                                  :
         Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE

Come now all parties, by and through counsel, and stipulate and agree as follows:

1. All counts in the above-referenced lawsuit and the lawsuit itself are, and hereby shall, be *DISMISSED WITH PREJUDICE*.

2. Each party shall bear his and its own costs.

Respectfully submitted,

| | |
|---|---|
| Mark A. Smith, Esquire | Cary J. Hansel (Bar # 14722) |
| 1785 Massachusetts Avenue, N.W. | Joseph, Greenwald & Laake, P.A. |
| Suite 100 | 6404 Ivy Lane, Suite 400 |
| Washington, D.C. 20036 | Greenbelt, Maryland 20770 |
| (202) 776-0022 | (301) 220-2200 |
| (202) 756-7516/ Facsimile | (301) 220-1212 / Facsimile |
| | |
| Counsel for Plaintiff | Counsel for Defendant |